```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

```
ALLEN BLANCH, JR.,                 )
                                   )
               Plaintiff,          )
                                   )
     v.                            )    No.  09 C 5605
                                   )
COUNTY OF COOK, et al.,            )
                                   )
               Defendants.         )
```

MEMORANDUM ORDER

This Court has received a handwritten "Petition for an Update Status" from Allen Blanch, Jr. ("Blanch"), who originally filed this action pro se but whose motion for appointment of pro bono counsel was then granted.  Blanch complains that his appointed lawyer (Kevin Finger, Esq.) has not kept him up to date--indeed, has not communicated with him at all since last November.

It has long been this Court's understanding that the most frequent client complaint that finds its way to the Attorney Registration and Disciplinary Commission has been a failure of communication between lawyer and client.  That is certainly understandable when the client has retained and is paying counsel, but it is no more excusable when the lawyer involved is acting pro bono publico.

This Court is not of course in a position to evaluate the merits of Blanch's grievance, and nothing said here should be mistaken as a finding in that respect.  But even if some

misunderstanding rather than lawyer neglect is at the root of Blanch's complaint, attorney Finger is ordered to communicate with Blanch about the case promptly.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: April 28, 2010

---

[1] Both the docket and this Court's internally-maintained notes show that the last status hearing date in the case was March 11. At that time this Court's notes reflect that Blanch's contemplated surgery had been rescheduled for early May, so that the next status hearing has been scheduled for May 18.