```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

ALLEN BLANCH, JR.,                )
                                  )
                 Plaintiff,       )
                                  )
     v.                           )     No. 09 C 5605
                                  )
COUNTY OF COOK, et al.,           )
                                  )
                 Defendants.      )

## MEMORANDUM ORDER

This action was originally brought pro se by Allen Blanch, Jr. ("Blanch"), but this Court then appointed Kevin Finger, Esq. ("Finger") from the District Court's trial bar to represent Blanch pro bono publico. This is the second time in a little over a month that Blanch has transmitted a handwritten submission complaining that he believes his interests are not being served properly by attorney Finger, but Blanch should realize that this Court--basically on the outside looking in--is unable to make a first-hand judgment as to the soundness of Blanch's stated grievances.

This Court did issue a brief April 28, 2010 memorandum order after receiving Blanch's first complaint in that respect, and Finger reported at the next status hearing (a week ago, May 18) that Blanch had indeed recently received the surgery that his Complaint called for.[1] This Court then set July 27 as the next

---

[1] At the March 11, 2010 status hearing, attorney Finger had reported that the surgery had been rescheduled for early May. That report, which indicated that Finger was attending to the

status hearing date, to enable the parties to go forward with whatever further proceedings were called for.

Blanch's current complaint is that attorney Finger assertedly told him post-surgery that defendants were not prepared to consider any other relief.  In seeking substitute counsel, Blanch should understand that under the District Court's rules governing pro bono representations, a termination of attorney Finger's representation might or might not lead to the appointment of replacement counsel (depending on what this Court may learn as to the differing views of client and lawyer).  In the meantime, an earlier status hearing is set for 9:15 a.m. June 7, 2010 to enable this Court to inquire of attorney Finger as to his views and plans for further proceedings in the case.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 26, 2010

---

business of client representation, led this Court to set May 18 as the next status hearing date.